# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUSTIN MILLS,

    Plaintiff(s),

v.

FERMIN LEGUEN,

    Defendant(s).

Case No. 2:24-cv-02107-NJK[1]

**Order**

[Docket No. 19]

On May 19, 2025, the Court granted Defendant's motion to dismiss and provided Plaintiff with leave to amend. Docket No. 18. Pending before the Court is Plaintiff's notice that he chooses not to amend. Docket No. 19. Accordingly, this action is dismissed for the reasons already stated in the order at Docket No. 18. The Clerk's Office is INSTRUCTED to enter judgment for Defendant and to close this case.

IT IS SO ORDERED.

Dated: May 22, 2025

                                                                        _____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The parties consented to the undersigned magistrate judge presiding over this case. *See* Docket Nos. 12-13.